UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

DEBORAH ISAAC,

                    Plaintiff,                       COMPLAINT

    -against-

                                                  PLAINTIFF DEMANDS
                                                  TRIAL BY JURY

THE LONG ISLAND RAILROAD COMPANY,

                    Defendant.

-------------------------------------------------------------------X

Plaintiff, by her attorney, FREDRIC M. GOLD PC, complaining of the defendant,

respectfully shows to this Court and alleges:

1. The action herein arises under the Federal Employer's Liability Act (45 U.S.C.

Sec. 51 et al.).

2. Upon information and belief and at all times herein mentioned, the defendant

was a public benefit corporation organized and existing under and by virtue of the laws

of the State of New York.

3. Upon information and belief and at all times herein mentioned, the defendant

had been and still is doing business in the County of Nassau, State of New York, within

the jurisdiction of this Court.

4. At all times herein mentioned, the defendant was and now is a common carrier by rail engaged in interstate commerce between different states in the United States.

5. That on or about January 15, 2015 and at all times hereinafter mentioned the defendant employed the plaintiff in furtherance of its business in interstate commerce.

6. That on or about January 15, 2015 and at all times hereinafter mentioned, the defendant maintained and controlled railroad operations which included the trains operating in and out of the Lawrence Station, Lawrence, New York, in the County of Nassau in the State of New York, including offices, tracks, rails, tunnels, switches, sidings, roadbeds and appurtenances thereto, over through and upon which the defendant operated its engines, trains and cars under its direction and control.

7. That on or about January 15, 2015 and at all times hereinafter mentioned, while the plaintiff, as an employee of the defendant, was in the performance of her duties as a Conductor at or near the aforesaid location, she was caused to sustain severe and disabling injuries as a result of the negligence, carelessness and recklessness of the defendant in failing to provide her with a safe place in which to work as hereinafter set forth.

8. That on or about January 15, 2015, as the plaintiff was stepping back into a train car at the aforementioned station, she was caused to sustain severe injuries to her

right knee after her foot got caught on the threshold of the train door while attempting to step over the excessively large gap between the curved station platform and the train.

8. That said accident and resulting injuries to the plaintiff were caused solely by reason of the negligence, carelessness and recklessness of the defendant, its agents, servants and/or employees' in failing to exercise due care and diligence; in failing to provide plaintiff with a safe place to work and safe equipment with which to work; in failing to promulgate safety rules and procedures for activities carried out by their personnel at the aforesaid place; in failing to warn plaintiff of the existence of the dangers involved in the performance of her duties as a Conductor; in failing to make proper and adequate provision for the safety of plaintiff; in failing to promulgate and enforce proper and safe rules for the safe conduct of the work operation of the railroad

9. That the said injuries were incurred while the plaintiff was acting in furtherance of interstate commerce, or in work substantially affecting the same.

10. That the plaintiff was damaged in a sum in excess of SEVENTY-FIVE THOUSAND ($75,000.00).

WHEREFORE, plaintiff demands judgment against defendant THE LONG ISLAND RAILROAD COMPANY, in a sum in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) together with costs and disbursements.

Dated: New York, New York
        February 24, 2016

FREDRIC M. GOLD, PC
Attorney for Plaintiff

By: Fredric M. Gold (3286)
450 Seventh Avenue
New York, New York 10123
212.244.2740

To:     The Long Island Railroad Company
        Legal Department
        Jamaica Station
        Jamaica, New York 11435

4